1076

THE STATE OF WASHINGTON, *Appellant*, v. MATTHEW BLAIR SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-01400-0, Steven J. Mura, J., entered April 24, 2001. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. TYLER HUTCHINS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00014-7, Steven J. Mura, J., entered May 2, 2001. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN A. MOUL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05195-2, Ronald Kessler, J., entered May 1, 2001. *Affirmed* by unpublished per curiam opinion.

TIBOR BATHONY, ET AL., *Respondents*, v. SHANNON TAIT, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-04317-1, James A. Doerty, J., entered April 30, 2001. *Reversed* by unpublished per curiam opinion.